Attorneys admitted in
California, New York,
Texas, Colorado, and Illinois

Sender's contact:
alicitra@donigerlawfirm.com
(310) 590-1820

DONIGER / BURROUGHS LAW FIRM

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

September 22, 2026

**DELIVERED VIA ECF**
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **Case Title:** | ***Great Bowery, Inc. et al v. Pyrotek E3, LLC et al*** |
| **Case No.** | **1:26-cv-05953-RA** |
| **Re:** | **Request for Adjournment of Initial Case Management Conference and Case Management Plan Deadline** |

Your Honor:

This office represents Plaintiffs Great Bowery Inc. and Annie Leibovitz in the above-referenced matter. Plaintiffs respectfully request an adjournment of the telephonic Fed. R. Civ. P. 16(c) Initial Case Management Conference currently scheduled for October 2, 2026, and the deadline to submit the parties' proposed Case Management Plan, currently due September 25, 2026.

Despite multiple attempts to effect service through Florida Process Service, Inc. at Defendant Pyrotek E3, LLC's ("Defendant") last known address, Plaintiffs have not yet been able to serve Defendant. As Defendant has not been served or appeared in this action, Plaintiffs have not been able to confer with Defendant regarding a proposed Case Management Plan as contemplated by Fed. R. Civ. P. 26(f). Plaintiffs therefore respectfully request that the Conference be adjourned from October 2, 2026 to November 2, 2026, or to a date thereafter convenient to the Court, and that the deadline to submit the Case Management Plan be extended accordingly.

This is Plaintiffs' first request for an adjournment. Because Defendant has not yet appeared, Plaintiffs have been unable to obtain Defendant's consent to this request. We thank the Court for its consideration.

Respectfully submitted,

By: */s/ Alexandra Licitra*
Alexandra Licitra, Esq.
DONIGER / BURROUGHS
*Attorney for the Plaintiff*

Application granted. The initial conference is adjourned until November 6, 2026 at 4 p.m. The parties shall submit the case management plan by October 30, 2026. Plaintiffs are directed to provide Defendants with a copy of this endorsed letter upon effecting service.

SO ORDERED.

Hon. Ronnie Abrams
September 23, 2026