UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT BOWERY, INC., *a Delaware corporation formerly doing business as* TRUNK ARCHIVE, ANNIE LEIBOVITZ,<br><br>Plaintiffs,<br><br>v.<br><br>PYROTEK E3, LLC, *a Florida limited liability company doing business as* E3 SPARK PLUGS, DOES 1-10, *inclusive*,<br><br>Defendants. | 26-CV-5953 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed on July 14, 2026. *See* Dkt. 1. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). Plaintiffs now move to adjourn the initial conference currently scheduled for November 6, 2026 at 4 p.m. on the basis that Plaintiffs have not been able to effectuate service. *See* Dkt. 13. Plaintiffs represent that they have made three further attempts to serve Defendants since the initial conference was last adjourned on September 23, 2026. *See id.*

The Court hereby extends Plaintiffs' time to effectuate service *nunc pro tunc* until November 30, 2026 and adjourns the initial conference currently scheduled for November 6, 2026 at 4 p.m to December 4, 2026 at 12:30 p.m. The parties shall submit the materials identified in the Court's July 16, 2026 Order (ECF No. 7) no later than November 30, 2026. Plaintiffs are directed to provide Defendants with a copy of this Order upon effecting service. If Plaintiffs do not file proof of service by November 30, 2026, Plaintiffs are ordered to submit a letter indicating

why the Court should not dismiss the Complaint without prejudice under Rule 4(m).

SO ORDERED.

Dated: October 30, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge