UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT BOWERY, INC., *a Delaware corporation formerly doing business as* TRUNK ARCHIVE, ANNIE LEIBOVITZ,

Plaintiffs,

v.

PYROTEK E3, LLC, *a Florida limited liability company doing business as* E3 SPARK PLUGS, DOES 1-10, *inclusive*,

Defendants.

26-CV-5953 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the initial pretrial conference scheduled for December 4, 2026, at 12:30 p.m. is hereby adjourned to December 4, 2026, at 3:45 p.m. Plaintiffs are directed to provide Defendants with a copy of this Order upon effecting service.

SO ORDERED.

Dated: November 5, 2026
New York, New York

Ronnie Abrams
United States District Judge